AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

SPECIALTY CLAYS CORP,

      Plaintiff,

V.

VR BUSINESS BROKERS, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:12-cv-00440-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's Application for Default Judgment is GRANTED in part and DENIED in part.  the Court grants the application for default judgment against Defendants Advanced Alliance Corporation and James Wells and issues an injunction prohibiting them from (a) listing or otherwise representing they are authorized to sell Plaintiff's mine; (b) soliciting offers to purchase Plaintiff's company or mine; and (c) making any representations to third parties regarding Plaintiff's business or mine.  The Court denies Plaintiff's request for attorneys' fees.
      **IT IS FURTHER ORDERED** that Plaintiff's Bill of Costs (#71) is GRANTED in the amount of $14,911.18.

December 4, 2013

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk